**Electronically Filed
Supreme Court
SCWC-12-0000865
14-MAY-2014
09:29 AM**

SCWC-12-0000865

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

THE BANK OF NEW YORK MELLON TRUST COMPANY,
NATIONAL ASSOCIATION, FKA THE BANK OF NEW YORK TRUST COMPANY,
N.A. AS SUCCESSOR TO JPMORGAN CHASE
N.A. AS TRUSTEE FOR RAMP 2005RS9,
Respondent/Plaintiff-Appellee,

vs.

ALBERTO C. TIMOSAN, SIMPLICIA C. TIMOSAN, ARIEL TIMOSAN,
ARCHANGEL TIMOSAN and AILYN T. OUNYOUNG,
Petitioners/Defendants-Appellants,

and

YVONNE CAPLENER, MARIO POSTRANO and LEONILA POSTRANO,
Defendants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000865; CIV. NO. 3RC 11-1-810K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant's Application for Writ

of Certiorari, filed on April 4, 2014, is hereby rejected.

DATED: Honolulu, Hawai'i, May 14, 2014.

Gary Victor Dubin and
Frederick J. Arensmeyer
for petitioner

Charles R. Prather and
Sofia Hirosane McGuire
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

